FILED
MAY 09 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# In the Indiana Supreme Court

FILED
May 05 2022, 1:42 pm
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

In the Matter of: Rebecca L. Balanoff, Respondent

Supreme Court Case No. 21S-DI-554

1:22-mc-35-TWP-DML

## Published Order Suspending Respondent from the Practice of Law in Indiana for Noncooperation

On December 14, 2021, this Court ordered Respondent to show cause why Respondent should not be immediately suspended from the practice of law in this state for failure to cooperate with the Commission's investigation of a grievance, **No. 22-0154**, filed against Respondent. The order required that Respondent show cause in writing within ten days of service of the order. Respondent has not submitted a response to the Court's order to show cause. On March 25, 2022, the Commission filed a "Request for Ruling and to Tax Costs" asserting that Respondent still has not cooperated, to which Respondent has not responded.

Being duly advised, the Court ORDERS that **Respondent be suspended from the practice of law for noncooperation with the Commission, effective immediately.** Pursuant to Admission and Discipline Rule 23(10.1)(c)(3), this suspension shall continue until the Executive Director of the Disciplinary Commission certifies to the Court that Respondent has cooperated fully with the investigation or until further order of this Court, provided there are no other suspensions then in effect. Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26).

IT IS FURTHER ORDERED, pursuant to Admission and Discipline Rule 23(10.1)(d), that Respondent reimburse the Disciplinary Commission **$529.38** for the costs of prosecuting this proceeding.

Done at Indianapolis, Indiana, on 5/5/2022.

_Loretta H. Rush_
Loretta H. Rush
Chief Justice of Indiana

All Justices concur.

Rebecca Louise Balanoff
Balanoff & Balanoff
Broadfield Center
9111 Broadway Avenue, Suite C
Merrillville, Indiana 46410

The Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, does hereby certify that the foregoing is a full, true, complete and correct copy of the order, from cause number 21S DI 554. As the same appears upon the official records of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this 5 day of May 2022. Clerk of the Courts by: LC
Title: D/D Specialist